```
                            United States Bankruptcy Court
                             Southern District of Florida
In re:                                                          Case No. 12-35627-RAM
Nnenna E Uzochukwu                                              Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 113C-1            User: admin                 Page 1 of 2                  Date Rcvd: Feb 01, 2013
                                Form ID: CGFD39             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2013.
db           +Nnenna E Uzochukwu,    16120 SW 105 Ave,    Miami, FL 33157-3029
90813784    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,     2ND FL,    DENVER CO 80237-3408
              (address filed with court: CACH, LLC,    370 17th Street,    Suite 5000,    Denver, CO 80202)
90813786     +Citibank Legal Services Intake,    One Court Square,    31st Floor,
              Long Island City, NY 11120-0001
90813788     +Discover Bank,    1804 Washington Blvd,    Baltimore, MD 21230-1700
90813789     +FL Dept of Education,    P.O Box 7019,    Tallahassee, FL 32314-7019
90813790      Midland Funding LLC,    875 Aero Dr,    Ste #200,    San Diego, CA 92123
90813791     +National Revenue Service, Inc.,    1533 Sunset Drive #225,    Miami, FL 33143-5700
90813792      Prof Debt Mediation,    948 Baymeadows Way,    Jacksonville, FL 32256
90813793     +Quick Cash Auto Loans, Inc.,    18400 SW 97th Avenue,    Miami, FL 33157-7023
90813796     +Transitions Recovery,    1928 NE 154th St,    Ste #208,    Miami, FL 33162-6022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QMTDUNN.COM Feb 02 2013 01:58:00      Marcia T Dunn,    555 NE 15 St #7712,
              Miami, FL 33132-1452
smg           EDI: FLDEPREV.COM Feb 02 2013 01:58:00      Florida Department of Revenue,    POB 6668,
              Tallahassee, FL 32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 02 2013 03:00:44      Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
90901705     +EDI: ATLASACQU.COM Feb 02 2013 01:58:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
90813787      EDI: IRS.COM Feb 02 2013 01:58:00      Department of Treasury,    Internal Revenue Service,
              Atlanta, GA 39901
90813794     +EDI: PHINRJMA.COM Feb 02 2013 01:58:00      RJM Acquisitions, LLC,    575 Underhill Blvd., Ste 224,
              Syosset, NY 11791-4437
90813795     +EDI: SALMAESERVICING.COM Feb 02 2013 01:58:00      Sallie Mae,    PO Box 9635,
              Wilkes Barre, PA 18773-9635
90813797     +EDI: SALMAEGUARANTEE.COM Feb 02 2013 01:58:00      USA Funds,    P.O Box 9460,
              Wilkes Barre, PA 18773-9460
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90813785*   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,     2ND FL,    DENVER CO 80237-3408
              (address filed with court: CACV Of Colorado,    370 17th st 50th floor,    Denver, CO 80202)
                                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**                              **Signature:**   *Joseph Speetjens*

```
District/off: 113C-1          User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2013
                              Form ID: CGFD39          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:
          Atlas Acquisitions    bk@atlasacq.com
          Marcia T Dunn    MDunn@dunnbankruptcy.com, mdunn@ecf.epiqsystems.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Paul N Contessa    on behalf of Debtor Nnenna Uzochukwu contessalaw@bellsouth.net
                                                                                                                                                          TOTAL: 4

Case 12-35627-RAM    Doc 22    Filed 02/03/13    Page 2 of 4

Form CGFD39  (9/19/08)



ORDERED in the Southern District of Florida on February 1, 2013

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 12−35627−RAM

Chapter: 7

In re: *

Nnenna E Uzochukwu
16120 SW 105 Ave
Miami, FL 33157

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−9359

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

### IT IS ORDERED:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

* *Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### # # #

*Page 2 of 2*